**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CENTER FOR INDEPENDENT LIVING OF NORTH CENTRAL PENNSYLVANIA, *et al.*,

Plaintiffs,

v.

CITY OF WILLIAMSPORT,

Defendant.

No. 4:20-CV-01211

(Chief Judge Brann)

**ORDER**

**SEPTEMBER 18, 2026**

Following the oral argument held on September 17, 2026, **IT IS HEREBY ORDERED** that:

1. The Joint Motion to Approve the Consent Decree (Doc. 36) is **DENIED** as moot;
2. Plaintiffs' Motion to Enforce the Consent Decree (Doc.45) is **DENIED**;
3. Defendant's Motion to Terminate the Consent Decree (Doc. 50) is **GRANTED**; and
4. The Consent Decree and Exhibit A to it are **TERMINATED**, as implementation of them has been completed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge